

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2022

No. 04-22-00492-CV

**IN THE INTEREST OF J.A.M., J.W.M., V.S.M., N.J.M., L.V.M., L.D.M., AND D.A.M.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01074
Honorable Kimberly Burley, Judge Presiding

## O R D E R

    Appellant's notice of appeal was filed on August 3, 2022. The clerk's record was filed on August 15, 2022. The reporter's record was filed on August 29, 2022. Appellant's docketing statement was filed on September 19, 2022. No brief was filed at that time. On September 26, this court ordered Appellant to show cause why this appeal should not be dismissed or abated. On September 28, 2022, a supplemental clerk's record was filed. On October 4, 2022, Appellant filed a response in compliance with this court's show cause order that indicated the opening brief should now be due on October 18, 2022. We agree.

    This court's order to show cause is **satisfied**. **Appellant's brief is due on October 18, 2022**.

_____
Patricia O. Alvarez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court